IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILBER MAURICIO HERNANDEZ-CORTEZ,<br><br>Defendant. | 4:18-CR-3024<br><br>ORDER |

This matter is before the Court on the plaintiff's motion to dismiss (filing 5). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment as it relates to the above-captioned defendant.

IT IS ORDERED:

1. The plaintiff's motion to dismiss (filing 5) is granted.

2. The indictment is dismissed without prejudice.

3. This case is closed.

Dated this 14th day of September, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge